387 A.2d 105

Commonwealth v. Jones, Appellant.

■■■■■■■■ Argued December 7, 1977. C. George Milner, for appellant; Arthur Lee Dixon, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.